TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00130-CR


NO. 03-04-00131-CR






Derek Rice, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NOS. 5020400 & 2024170, HONORABLE FRED A. MOORE, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Todd Dudley, is ordered to tender a brief in this cause no later than November 3, 2004. 
No further extension of time will be granted.

It is ordered October 8, 2004.


Before Chief Justice Law, Justices B. A. Smith and Pemberton

Do Not Publish